<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 96-6690**

—————

RONALD FLOYD JACKSON,

Movant - Appellant,

and

CHARLES LEE STUBBS, a/k/a T-Bone,

Plaintiff,

versus

CHARLES E. FOLEY, Sheriff of Marlboro County, in his personal and individual capacity and individual capacity as Policy Maker for the Marlboro County Sheriff's Department; DENNIS RUSTY PARRISH, Deputy Sheriff; CHARLES LEMMON, Deputy Sheriff; PEARLIE THOMAS, Deputy Sheriff; HENRY ABRAHAM, Deceased Deputy Sheriff; JERRY STARNES, Deputy Sheriff in their personal and individual capacities; TWO OR THREE UNNAMED STATE LAW ENFORCEMENT AGENTS TO BE AMENDED,

Defendants - Appellees,

and

COUNTY OF MARLBORO, in their personal and individual capacity as the Governing Entity and Policy Maker of Marlboro County,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Henry M. Herlong, Jr., District Judge. (CA-93-859-3-20BC)

Submitted: September 20, 1996          Decided: October 1, 1996

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ronald Floyd Jackson, Appellant Pro Se. Robert Thomas King, WILLCOX, MCLEOD, BUYCK, BAKER & WILLIAMS, P.A., Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for reconsideration of the voluntary dismissal entered in this case. Because he is neither the deceased party's personal representative or his attorney of record, Appellant lacks standing to prosecute this appeal. Fed. R. App. P. 43(a). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED